SARAH MARKEY, Respondent, *v.* EUGENE A. BREWSTER, Executor, etc., Appellant.

(Argued June 7, 1877; decided June 19, 1877.)

REPORTED below, 10 Hun, 16.

*W. C. Anthony,* for appellant.

*G. Hill,* for respondent.

Agree to affirm order granting new trial on opinion of court below, and judgment absolute ordered for plaintiff on stipulation.
All concur.
Order affirmed, and judgment accordingly.